IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRITTANY HENRY, | CIVIL ACTION NO. 2:22-cv-01085-MRH |
| Plaintiff, | |
| v. | |
| PRIVATE INDUSTRY COUNCIL OF WESTMORELAND/FAYETTE, INC., | |
| Defendant. | |

## JOINT STATUS REPORT

The parties are jointly filing this Status Report pursuant to the Court's Case Management Order (Doc. No. 21).

1. Since the parties' mediation, Plaintiff has been experiencing a series of health-related issues which has impacted every aspect of her day-to-day life. Last week, Plaintiff underwent emergency surgery and one of her treating physicians ordered her to be on bed rest for at least a few months.

2. Late last week, Plaintiff notified Plaintiff's counsel that the stress of this litigation has been exacerbating her health-related issues. Plaintiff also expressed concerns about how the litigation will impact her ability to care for her baby, who was born almost a month before her due date.

3. On April 14, 2023, Plaintiff's counsel reached out to Defendant's counsel, to discuss cessation of Plaintiff's action against Defendant.

4. The parties respectfully request an opportunity to discuss this development for a brief period before updating the Court again on the status of this matter.

Respectfully submitted,

/s/ Sammy Y. Sugiura
Sammy Y. Sugiura
PA I.D. No. 209942
sammys@jpward.com
J.P. WARD & ASSOCIATES, LLC
201 SOUTH HIGHLAND AVE
SUITE 201
PITTSBURGH, PA 15206
TELEPHONE: (412) 545-3016
FACSIMILE: (412) 540-3399

**COUNSEL FOR PLAINTIFF**

/s/ Trisha Gill
Trisha Gill
PA I.D. No. 83751
GILL@LITCHFIELDCAVO.COM
LITCHFIELD CAVO
603 STANWIX ST
10TH FLOOR
PITTSBURGH, PA 15222
TELEPHONE: (412) 291-8242
FACSIMILE: (412) 586-4512

**COUNSEL FOR DEFENDANT**